UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

**Nos. 26-3252 & 26-3309**

Grace Ocean Private Ltd. v. Hyundai Heavy Industries Co. Ltd.

To: Clerk

1) Joint Motion by Parties to Modify the Briefing Schedule

---

The foregoing motion is granted. The briefing schedule is hereby modified as follows: Appellee/Cross Appellant Hyundai Heavy Industries Co., Ltd second step brief must be filed and served on or before December 14, 2026. Appellant/Cross Appellee Grace Ocean and Synergy's Third Step brief must be filed and served on or before January 18, 2027, and Hyundai Heavy Industries Co., Ltd fourth step brief must be file and served on or before February 12, 2027.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: November 20, 2026
amr/Cc: All counsel of record